WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seaboard Surety Company, a New York corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Grupo Mexico, S.A. de C.V., a Mexican corporation, and DOES I-CI,<br><br>　　　　　　　　　　Defendants. | NO. CIV-06-0134-PHX-SMM<br><br>**ORDER** |

Having considered the parties' Stipulation and Joint Motion to Extend Deadline for Discovery on Personal Jurisdiction and Related Briefing Deadlines (dkt. 41), and good cause appearing,

**IT IS HEREBY ORDERED VACATING** the timetable set forth in the Court's July 31, 2006 Order concerning discovery of personal jurisdiction and briefing related to the issue of personal jurisdiction. See Dkt. 29 at 2-3.

**IT IS FURTHER ORDERED** that both parties shall have until November 6, 2006 to complete discovery related solely to the issue of personal jurisdiction.

**IT IS FURTHER ORDERED** that Grupo Mexico S.A. de C.V. shall file its motion to dismiss for lack of personal jurisdiction no later than December 18, 2006.

**IT IS FURTHER ORDERED** that Seaboard Surety Company shall file its response to Grupo Mexico's motion to dismiss for lack of personal jurisdiction no later than January 16, 2007.

**IT IS FURTHER ORDERED** that Grupo Mexico shall file its reply to Seaboard Surety's response no later than February 12, 2007.

DATED this 19th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge