WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seaboard Surety Company, a New York corporation,<br><br>            Plaintiff,<br><br>v.<br><br>Grupo Mexico, S.A. de C.V., a Mexican corporation, and DOES I-CI,<br><br>            Defendants. | NO. CIV-06-0134-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff Seaboard Surety Company's Motion to Vacate Order and Permit Discovery Beyond the Issue of Personal Jurisdiction (dkt. 46) and both parties' Stipulation to Permit Discovery Beyond the Issue of Personal Jurisdiction. (Dkts. 47.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Permit Discovery Beyond the Issue of Personal Jurisdiction.  (Dkt. 47.)

**IT IS FURTHER ORDERED DENYING AS MOOT** Plaintiff Seaboard Surety Company's Motion to Vacate Order and Permit Discovery Beyond the Issue of Personal Jurisdiction.  (Dkt. 46.)

/ / /

/ / /

**IT IS FURTHER ORDERED VACATING** the portion of this Court's May 12, 2006 Order (dkt. 19) expressly limiting discovery to the issue of personal jurisdiction.

**IT IS FURTHER ORDERED VACATING** only the timetable set forth in this Court's September 19, 2006 Order (dkt. 42).

**IT IS FURTHER ORDERED** that this Court can rightfully exercise specific jurisdiction over Defendant Grupo Mexico, S.A. de C.V. in the instant action.

**IT IS FURTHER ORDERED** that, no later than December 22, 2006, Grupo Mexico, S.A. de C.V. shall enter a general appearance in the instant action, as set forth by the parties in the Stipulation.

**IT IS FURTHER ORDERED** that both parties may conduct reasonable discovery relating to the remaining issues in the instant case.

**IT IS FURTHER ORDERED** that the Court Deputy shall schedule a Rule 16 Preliminary Pretrial Conference in the instant case.

DATED this 13th day of December, 2006.

_____
Stephen M. McNamee
United States District Judge