WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seaboard Surety Company, a New York corporation, | NO. CIV-06-0134-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Grupo Mexico, S.A. de C.V., a Mexican corporation, and DOES I-CI, | |
| Defendants. | |

Pending before the Court is the Joint Motion of both parties to Continue the Rule 16 Pretrial Conference scheduled for January 16, 2007.  (Dkt. 51.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion to Continue the January 16, 2007 Rule 16 Conference.  (Dkt. 51.)

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference scheduled for January 16, 2007 is continued to February 15, 2007 at 4:00 p.m. in Courtroom 605, 401 West Washington Street, Phoenix, Arizona.

**IT IS FURTHER ORDERED** that, with the exception of the time and date of the Preliminary Pretrial Conference, the parties shall comply with all of the other

1  requirements set forth in the Court's Order Setting Rule 16 Preliminary Pretrial Conference.

2  See Dkt. 49.  The parties' Joint Proposed Case Management Plan shall be filed no later than

3  February 8, 2007.

4      DATED this 27th day of December, 2006.

5

6

7  Stephen M. McNamee
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26