WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seaboard Surety Company, a New York corporation,<br><br>              Plaintiff,<br><br>v.<br><br>Grupo Mexico, S.A. de C.V., a Mexican corporation, and DOES I-CI,<br><br>              Defendants. | NO. CIV-06-0134-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Extension of Time to Respond to Grupo Mexico, S.A. de C.V.'s ("Grupo Mexico") Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Motion to Dismiss"). (Dkts. 55-56.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Extension of Time to Respond to Grupo Mexico, S.A. de C.V.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction. (Dkts. 55-56.)

**IT IS FURTHER ORDERED** that Seaboard Surety Company shall file its response to Grupo Mexico's Motion to Dismiss no later than June 15, 2007.

/ / /

/ / /

/ / /

1   **IT IS FURTHER ORDERED** that Grupo Mexico shall file its reply to Seaboard
2   Surety Company's response to the Motion to Dismiss no later than July 20, 2007.
3   DATED this 10th day of February, 2007.

Stephen M. McNamee
United States District Judge