**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seaboard Surety Company, a New York corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Grupo Mexico, S.A. de C.V., a Mexican corporation, and DOES I-CI,<br><br>　　　　　　　Defendants. | No. CV-06-0134-PHX-SMM<br><br>**ORDER** |

Having considered the Stipulation for Extension of Time to respond to Plaintiff's Third Set of Interrogatories (First Request)(Doc. 67), and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for Defendant Grupo Mexico, S.A. de C.V. to respond to Plaintiff Seaboard Surety Company's Third Set of Interrogatories is extended to **April 27, 2007.**

DATED this 20th day of April, 2007.

Stephen M. McNamee
United States District Judge