**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seaboard Surety Company, a New York corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>Grupo Mexico, S.A. de C.V., a Mexican corporation, and DOES I-CI,<br><br>                    Defendants. | No. CV-06-0134-PHX-SMM<br><br>**ORDER** |

Having considered the parties' Stipulation For Extension Of Time For Filing Plaintiff Seaboard Surety Company's ("Seaboard Surety") Response to Defendant Grupo México S.A. de C.V.'s ("Grupo México") Motion to Dismiss for Lack of Subject Matter Jurisdiction and Defendant Grupo México S.A. de C.V.'s Reply to the same (Doc.82), and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline of June 15, 2007 for Plaintiff Seaboard Surety to file its Response to Grupo México's Motion to Dismiss for Lack of Subject Matter Jurisdiction is **vacated**. Plaintiff shall file its Response no later than June 29, 2007.

**IT IS FURTHER ORDERED** that the deadline of July 20, 2007 for Grupo México to file its Reply to Plaintiff Seaboard Surety's Response to Grupo México's Motion to Dismiss for Lack of Subject Matter Jurisdiction is **vacated**. Grupo Mexico shall file its Reply no later than July 27, 2007.

DATED this 11th day of June, 2007.

Stephen M. McNamee
United States District Judge