**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seaboard Surety Company, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>Grupo Mexico, S.A. de C.V., a Mexican corporation, and DOES I-CI,<br><br>Defendants. | No. CV-06-0134-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 53) and Plaintiff's Joint Response to Grupo Mexico S.A. de C.V.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction and Cross Motion for Summary Judgment Re; the Scope of Defendant's Obligation (Doc. 86). Due to the nature of the case and the Plaintiff's Response and Cross Motion for Summary Judgment, the Court will decide the pending matters at the summary judgment stage. Accordingly, the pending Motion to Dismiss addressing the identical issue of subject matter jurisdiction is now rendered moot.

Therefore,

**IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss (Doc. 53) is **DENIED as MOOT**.

**IT IS FURTHER ORDERED** that Defendants shall file their Response to Plaintiff's Motion for Summary Judgment no later than **August 27, 2007.**

...

...

1  **IT IS FURTHER ORDERED** that Plaintiff shall file its Reply no later than **September 17, 2007.**

2  DATED this 13th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge