**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seaboard Surety Company, a New York corporation,<br><br>                Plaintiff,<br>v.<br><br>Grupo Mexico, S.A. de C.V., a Mexican corporation, and DOES I-CI,<br><br>                Defendants. | No. CV-06-0134-PHX-SMM<br><br>**ORDER** |

Currently pending before the Court is Plaintiff's Motion for Entry of an Order Sealing its Opposition to Grupo Mexico's Separate and Controverting Statement of Facts and its Reply in Support of its Motion for Summary Judgment (Doc. 101). Having considered Plaintiff Seaboard Surety Company's Motion and good cause appearing therefore,[1]

**IT IS HEREBY ORDERED GRANTING** Seaboard Surety's Motion (Doc. 101) and directing the Office of the Clerk to place the following documents under seal:

1.    Plaintiff Seaboard Surety Company's Opposition to Grupo Mexico's Separate and Controverting Statement of Facts.

2.    Plaintiff Seaboard Surety Company's Reply in Support of its Motion for Summary Judgment Re: The Scope of Defendant Grupo Mexico's Obligation.

///

///

///

---

[1] On August 21, 2006, this Court entered a Protective Order to seal information deemed confidential by Seaboard Surety and Grupo México from becoming public (Dkt. 34). This Order is entered pursuant to that Order.

**IT IS FURTHER ORDERED GRANTING** Seaboard's Motion to File its Reply Brief in Excess of the Page Limits set forth in LRCiv. 7.2(e) (Doc. 103).  The Reply brief shall be no longer than 16 pages.

DATED this 19th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge