**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seaboard Surety Company, a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> Grupo Mexico, S.A. de C.V., a Mexican corporation, and DOES I-CI, <br><br> Defendants. | No. CV-06-0134-PHX-SMM <br><br> **ORDER** |

Currently pending before the Court is Defendant Grupo México, S.A.B de C.V.'s Motion for Entry of an Order Sealing its Reply in Support of its Renewed Motion to Dismiss (Doc. 112).  Having considered Defendant's Motion and good cause appearing therefore,

**IT IS HEREBY ORDERED GRANTING** Grupo México, S.A.B de C.V.'s  Motion for Entry of an Order Sealing its Reply in Support of its Renewed Motion to Dismiss (Doc. 112).

**IT IS FURTHER ORDERED** directing the Office of the Clerk to file under seal Defendant Grupo México, S.A.B de C.V.'s  Reply brief in Support of its Renewed Motion to Dismiss and exhibits attached thereto.

DATED this 27th day of September, 2007.

Stephen M. McNamee
United States District Judge