**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seaboard Surety Company, a New York corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Grupo México, S.A. de C.V., a Mexican corporation, and DOES I-CI,<br><br>　　　　　　　Defendants. | No. CV-06-0134-PHX-SMM<br><br>**ORDER** |

This Court having considered the parties' Stipulation to Extend the Time to Respond to Plaintiff's Motion to Supplement (Doc. 121), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulation (Doc. 121.)  The Deadline for Defendant to respond to Plaintiff's Motion to Supplement is extended to **June 25, 2008.**

DATED this 18th day of June, 2008.

Stephen M. McNamee
United States District Judge