**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| SEABOARD SURETY COMPANY, a New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> GRUPO MEXICO, S.A. de C.V., a Mexican Corporation; and DOES I-CI, <br><br> Defendants. | No. CV 06-0134-PHX-SMM <br><br> **ORDER TO UNSEAL** |

On September 30, 2008, an order was filed (Doc. 128), resolving Plaintiff's Motion for Summary Judgement (Doc. 86), Defendant's Motion to Dismiss (Doc. 95), and Defendant's Motion to Supplement (Doc. 119).  The order was filed under seal.

In an Order to Show Cause also filed on September 30, 2008, the Court found the reasons for sealing the order were no longer viable and ordered the parties to show good cause for requiring the order to remain under seal (Doc. 129).  Any objections to the unsealing of the order were to be filed by October 10, 2008 at 5:00 p.m..

Neither party has timely filed a brief providing good cause for requiring the order to remain under seal.

1  Because neither party has demonstrated good cause requiring the order to remain
2  under seal,
3  **IT IS HEREBY ORDERED UNSEALING** the order filed in this action on
4  September 30, 2008 (Doc. 128).
5  **IT IS FURTHER ORDERED** that the Clerk of Court shall unseal the order filed
6  under seal in this action on September 30, 2008 (Doc. 128).
7  DATED this 14th day of October, 2008.

Stephen M. McNamee
United States District Judge