**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SEABOARD SURETY COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRUPO MEXICO, S.A. de C.V., a Mexican Corporation, and DOES I-CI,<br><br>Defendants. | No. CV 06-0134-PHX-SMM<br><br>**ORDER** |

On September 28, 2008, the Court issued an order denying Plaintiff's Motion for Summary Judgment (Doc. 86), denying without prejudice Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 95), and denying Seaboard's Motion to Supplement and Request for Judicial Notice (Doc. 119). Before scheduling a Final Pretrial Conference in this case, the Court will set a status conference for the purpose of discussing the current status of the case and its readiness for trial.

1  Accordingly,

2  **IT IS HEREBY ORDERED** that a status conference shall be scheduled in this
3  matter for **Monday, November 24, 2008 at 2:30 p.m.**

4  DATED this 28th day of October, 2008.

_____
Stephen M. McNamee
United States District Judge