**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SEABOARD SURETY COMPANY, a New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> GRUPO MEXICO, S.A. de C.V., a Mexican Corporation; and DOES I-CI <br><br> Defendants. | No. CV 06-0134-PHX-SMM <br><br> **ORDER** |

Before the Court is the parties' Stipulation to Extend Deadline to Respond to Plaintiff's Second Amended Complaint (Doc. 134). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extend Deadline to Respond to Plaintiff's Second Amended Complaint (Doc. 134).

**IT IS FURTHER ORDERED** that the deadline for Defendant Grupo Mexico to respond to Plaintiff Seaboard Surety Company's Second Amended Complaint is extended to January 23, 2009.

DATED this 22nd day of December, 2008.

_____
Stephen M. McNamee
United States District Judge