**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SEABOARD SURETY COMPANY, a New York Corporation, | No. CV 06-0134-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| GRUPO MEXICO, S.A. de C.V., a Mexican Corporation; and DOES I-CI | |
| Defendants. | |

Before the Court is the parties' Stipulation to Extend Deadline to Reply to Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 139). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extend Deadline to Reply to Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 139).

**IT IS FURTHER ORDERED** that the deadline for Defendant Grupo Mexico to reply in support of its motion to dismiss Plaintiff Seaboard's Second Amended Complaint is extended to **February 27, 2009**.

DATED this 12th day of February, 2009.

Stephen M. McNamee
United States District Judge